Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:10-mj-0110-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; AND |
| ) | ORDER THEREON |
| v. ) | |
| ) | |
| ZACHARY M. CULLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the citation against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: October 6, 2010 .                    NATIONAL PARK SERVICE

                                                                                                       /s/ Susan St. Vincent
                                                                                                        Susan St. Vincent
                                                                                                        Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   October 8, 2010                    /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE